IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL  DIVISION

TAMELA K. BOWERS,                )
                                 )
            Plaintiff,           )         No.  C06-3089-MWB
                                 )
      vs.                        )
                                 )           JUDGMENT
MICHAEL J. ASTRUE,               )         IN A CIVIL CASE
Commissioner of Social Security, )
                                 )
            Defendant.           )


      This action came before the Court.  The issues have been decided and a decision has been

rendered.

            IT IS ORDERED AND ADJUDGED

      Pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is REVERSED and

REMANDED to the Commissioner for disability from 9/01/02 through 6/28/04 and

 for further development of the record whether disability has continued from 6/28/04.

Dated: January 24, 2008            ROBERT L. PHELPS_____
                                   Clerk


                                   __ /s/  des _____
                                   (By) Deputy Clerk